| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Mark Parris (pro hac vice) <br> mparris@orrick.com <br> Lisa Ward (SBN 175237) <br> lward@orrick.com <br> Orrick, Herrington & Sutcliffe LLP <br> 4 Park Plaza, Suite 1600 <br> Irvine, CA 92614 <br> Telephone: 949-852-7780 | |
| ATTORNEYS FOR: Defendant Microsoft Corporation | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OLYMPIC DEVELOPMENTS AG, LLC, <br><br> Plaintiff(s), <br> v. <br><br> MICROSOFT CORPORATION, ET AL. <br><br> Defendant(s) | CASE NUMBER <br><br> 2:10-CV-08874 GW(PLAx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Microsoft Corporation
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Microsoft Corporation | Defendant. |
| | No other publicly-held corporation owns 10% or more of Microsoft Corporation's stock. |
| Olympic Developments AG, LLC | Plaintiff. |
| Nintendo of America, Inc. | Defendant. |
| Sony Computer Entertainment of America, LLC | Defendant. |
| Valve Corporation | Defendant. |

1/5/11
Date

Sign

Lisa Ward
Attorney of record for or party appearing in pro per