United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, | |
| Plaintiff, | No. C 11-00329 JSW |
| v. | |
| MICROSOFT CORPORATION, ET AL., | **ORDER OF RECUSAL** |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: February 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE