1  D. James Pak (SBN 194331)
   Baker & McKenzie LLP
2  12544 High Bluff Drive, Third Floor
   San Diego, CA  92130-3051
3  Telephone:     +1 858 523 6200
4  Facsimile:     +1 858 259 8290
   D.James.Pak@bakermckenzie.com
5
   Daniel J. O'Connor (*Pro Hac Vice*)
6  Edward K. Runyan (*Pro Hac Vice*)
7  Daniel A. Tallitsch (*Pro Hac Vice*)
   **BAKER & MCKENZIE LLP**
8  One Prudential Plaza
   130 East Randolph Drive
9  Chicago, IL 60601
   Telephone: +1 312 861 8000
10 daniel.oconnor@bakermckenzie.com
   edward.runyan@bakermckenzie.com
11 daniel.tallitsch@bakermckenzie.com
12
13 Attorneys for Defendant
14 Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **OLYMPIC DEVELOPMENTS AG, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**NINTENDO OF AMERICA INC.,**<br><br>  Defendants. | **Case No.  4:11-cv-00329-SBA**<br><br>~~[PROPOSED]~~ **ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

On April 7, 2011, Plaintiff Olympic Developments AG, LLC ("Olympic") filed an Administrative Motion To Consider Whether Case Should Be Related. Specifically, Olympic requests that this Court consider whether the instant case should be related to *Olympic Developments AG, LLC v. Sony Computer Entertainment of America,* Case No. 3:11-cv-01080-JCS. Defendant Nintendo of America Inc. ("NOA") filed an Opposition to Olympic's Motion on April 11, 2011.

Having reviewed Olympic's Motion, NOA's Opposition, the files and records of this Court, the Court hereby finds that the two cases involve different parties and different accused products, and therefore do not concern substantially the same property, transaction or event as required by LR 3-12(a)(1). Moreover, because the defendants and accused products are different, and because the defendants are likely to have competing interests and strategies, and are entitled to present individualized assaults on questions of non-infringement, invalidity, and claim construction, conducting the cases before different judges is not likely to cause unduly burdensome duplication of labor and expense or potentially conflicting results.

The Court therefore DENIES Olympic's Administrative Motion To Consider Whether Case Should Be Related.

IT IS SO ORDERED.

Date: 4/19/11

                                  *Saundra B. Armstrong*
                                  Hon. Saundra Brown Armstrong
                                  United States Judge