D. James Pak (SBN 194331)
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone:     +1 858 523 6200
Facsimile:     +1 858 259 8290
D.James.Pak@bakermckenzie.com

Daniel J. O'Connor (*Pro Hac Vice*)
Edward K. Runyan (*Pro Hac Vice*)
Daniel A. Tallitsch (*Pro Hac Vice*)
**BAKER & MCKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Telephone: +1 312 861 8000
daniel.oconnor@bakermckenzie.com
edward.runyan@bakermckenzie.com
daniel.tallitsch@bakermckenzie.com

Attorneys for Defendant

Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **OLYMPIC DEVELOPMENTS AG, LLC,** | Case No. 4:11-cv-00329-SBA |
| Plaintiff, | |
| v. | **AMENDED ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |
| **NINTENDO OF AMERICA INC.,** | |
| Defendants. | |

1

2   On April 7, 2011, Plaintiff Olympic Developments AG, LLC ("Olympic") filed an
3   Administrative Motion To Consider Whether Case Should Be Related.  Specifically, Olympic
4   requests that this Court consider whether the instant case should be related to *Olympic*
5   *Developments AG, LLC v. Sony Computer Entertainment of America,* Case No. 3:11-cv-01080-
6   JCS, and *Olympic Developments AG, LLC v. Amazon.com,* Case No. 3:11-cv-01655-EMC.  Case
7   No. 3:11-cv-01655-EMC involves Defendant Apple, Inc.  In Case No. 3:11-cv-00329, Defendant
8   Nintendo of America Inc. ("NOA") filed an Opposition to Olympic's Motion on April 11, 2011.

9   Having reviewed Olympic's Motion, NOA's Opposition, the files and records of this Court,
10  the Court hereby finds that the three cases involve different parties and different accused products,
11  and therefore do not concern substantially the same property, transaction or event as required by
12  LR 3-12(a)(1).  Moreover, because the defendants and accused products are different, and because
13  the defendants are likely to have competing interests and strategies, and are entitled to present
14  individualized assaults on questions of non-infringement, invalidity, and claim construction,
15  conducting the cases before different judges is not likely to cause unduly burdensome duplication
16  of labor and expense or potentially conflicting results.

17  The Court therefore DENIES Olympic's Administrative Motion To Consider Whether Case
18  Should Be Related.

19  IT IS SO ORDERED.

20

21  Date: 4/20/11                                          *Saundra B. Armstrong*
22                                                          Hon. Saundra Brown Armstrong
                                                            United States Judge
23

24

25

26

27

28

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO          page  1
CONSIDER WHETHER CASE SHOULD BE RELATED
CASE NO. 4:11-CV-00329-SBA