Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>NINTENDO OF AMERICA INC.,<br><br>            Defendant. | Case No.  4:11-cv-00329-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS** |

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS**
Case No.  4:11-cv-00329-SBA

1. Plaintiff Olympic Developments AG, LLC originally filed this patent case against Defendant Nintendo of America Inc. ("Nintendo") in the Central District of California.

2. Before responding to Plaintiff's Complaint, and pursuant to the parties' stipulation, the Central District Court ordered that the case be transferred to the Northern District of California. (Doc. 43, 54). The case was received in the Northern District of California on January 25, 2011. (Doc. 56.)

3. After the matter was reassigned to the Honorable Saundra Brown Armstrong, on February 18, 2011, Nintendo moved to dismiss Plaintiff's claims of indirect infringement. (Doc. 68.) Nintendo's motion is currently calendared to be heard on June 7, 2011.

4. Prior to and following the filing of Nintendo's motion, the Parties met and conferred on the relief requested in Nintendo's motion to dismiss. The parties now jointly request that the Court grant leave to allow Plaintiff to amend its complaint to remove the allegations of indirect infringement as shown in Exhibit 1 attached hereto within fourteen days of the date this Stipulation is approved by the Court.

5. The Parties further stipulate and agree that Nintendo shall withdraw its motion to dismiss without prejudice upon the Court's approval of this Stipulation and Plaintiff's filing of the amended complaint which is attached as Exhibit 1.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1
**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS**
Case No. 4:11-cv-00329-SBA

6. Pursuant to Civil L.R. 6.2(a), the Declaration of Steven W. Ritcheson setting forth the reasons for the extension accompanies this Joint Stipulation and [Proposed] Order.

IT IS SO STIPULATED.

Dated: May 10, 2011

    WHITE FIELD, INC.

By:   */s/ Steven W. Ritcheson*
Steven W. Ritcheson
Attorneys for Plaintiff Olympic
Developments AG, LLC

BAKER & MCKENZIE LLP

By:   */s/ D. James Pak*
D. James Pak
Attorneys for Defendant
Nintendo Of America Inc.

Dated: _____

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/1/11__      *Saundra B. Armstrong*

Hon. Saundra Brown Armstrong
X̶X̶X̶X̶X̶X̶ Ma̶g̶i̶s̶t̶r̶a̶t̶e̶ Judge of the United States
District Court, Northern District

2
**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS**
Case No. 4:11-cv-00329-SBA

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature(s) within this e-filed document.

                                                             /s/ Steven W. Ritcheson
                                                             Steven W. Ritcheson