UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, | Case No:  C 11-329 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Dkt. 12, 13, 14, 15, 17, 20, 32, 42 |
| NINTENDO OF AMERICA INC., | |
| Defendants. | |

On January 13, 2011, the Honorable George H. Wu of the United States District Court of the Central District of California issued an order severing Plaintiff Olympic Development AG, LLC's ("Plaintiff") claims against Defendant Nintendo of America, Inc. ("Defendant Nintendo") from the action before it and transferring those claims to the United States District Court of the Northern District of California.  On February 10, 2011, the action between Plaintiff and Defendant Nintendo ("the instant action") was assigned to this Court.  There are several pending matters in the record that do not pertain to the instant action before this Court, but relate to the matter proceeding before the Central District. Accordingly, IT IS HEREBY ORDERED THAT the Clerk administratively terminate Docket Nos. 12, 13, 14, 15, 17, 20, 32 and 42.

IT IS SO ORDERED.


Dated: August 12, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge