IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>Defendant. | Case Number 3:11-CV-00329 SBA (NC)<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 89 |

Plaintiff Olympic Developments brings this action against Defendant Nintendo of America for patent infringement in violation of the U.S. Patent Act, 28 U.S.C. § 271. Nintendo moves to compel Olympic to serve infringement contentions that comply with Patent Local Rule 3-1 and to produce documents that comply with Patent Local Rule 3-2. Nintendo also seeks to stay discovery until Nintendo complies with the Patent Local Rules. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for October 5, 2011 is vacated.

IT IS SO ORDERED.

DATED: September 30, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:11-CV-00329 SBA (NC)
ORDER VACATING HEARING