1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11  OLYMPIC DEVELOPMENTS AG, LLC,   **Case No. 11-cv-00329-SBA (NC)**

12  Plaintiff,   **ORDER REGARDING STIPULATION FOR DISMISSAL**

13  v.

14  NINTENDO OF AMERICA INC.,

15  Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601
+1 312 861 8000

1

Case No. 11-cv-00329-SBA(NC)

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

The Court, having reviewed the Parties' Stipulation for Dismissal, and good cause appearing, makes the following ORDER:

1. Pursuant to Rule 41 of the Federal Rules Of Civil Procedure, this action by and between Olympic Developments AG, LLC and Nintendo of America Inc., including all claims and counterclaims, are dismissed with prejudice; and

2. Each party to this action shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _12/28/11    _____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601

2    Case No. 11-cv-00329-SBA(NC)
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL