1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                     OAKLAND DIVISION

11   OLYMPIC DEVELOPMENTS AG, LLC,        | **Case No. 11-cv-00329-SBA (NC)**
12                          Plaintiff,    | **ORDER REGARDING STIPULATION FOR**
13        v.                              | **DISMISSAL**
14   NINTENDO OF AMERICA INC.,
15                          Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
+1 312 861 8000

1

Case No. 11-cv-00329-SBA(NC)
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

1  The Court, having reviewed the Parties' Stipulation for Dismissal, and good cause appearing, makes the following ORDER:

1. Pursuant to Rule 41 of the Federal Rules Of Civil Procedure, this action by and between Olympic Developments AG, LLC and Nintendo of America Inc., including all claims and counterclaims, are dismissed with prejudice; and

2. Each party to this action shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _12/28/11                    _____
　　　　　　　　　　　　　　　　　HONORABLE SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Court Judge

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601

2

Case No. 11-cv-00329-SBA(NC)

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL